IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILBUR DERRICK GREEN,
     Petitioner,

vs.                        Case No.:  3:13cv512/RV/EMT

SCOTT FISHER, WARDEN,
     Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 12, 2014 (doc. 14).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 1) is **DISMISSED without prejudice** for lack of jurisdiction based upon Petitioner's failure to exhaust his administrative remedies prior to filing suit.

**DONE AND ORDERED** this 18th day of March 2014.

                                /s/ Roger Vinson
                                **ROGER VINSON**
                                **SENIOR UNITED STATES DISTRICT JUDGE**